SCANNED
DATE: 1-14-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04CR10005WGY |
| v. ) | |
| ) | |
| CHERYL DICICCO, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |

DOCKETED

## GOVERNMENT'S MOTION TO SEAL

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the Indictment and other filings in the above captioned matter be sealed until the defendant is in custody and the Court orders that the case be unsealed.

JAN 14 2004
ALLOWED.
WSG
WMJ

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: PETER K. LEVITT
Assistant U.S. Attorney

January 14, 2004