AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASS.

**APPEARANCE**

Case Number: 04-10005-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Cheryl D. Cuco*

I certify that I am admitted to practice in this court.

January 15, 2004
Date

*[Signature]*
Signature

DAVID J. FULMER
Print Name                                    Bar Number

576 Main St
Address

Winchester   MA    01890
City           State      Zip Code

781-721-2114    781-756-0030
Phone Number              Fax Number