# UNITED STATES DISTRICT COURT

### DISTRICT OF
### MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

Case Number: 04-10005-WGY

CHERYL DICICCO
17 Vernon Street
Woburn, MA 01801

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHERYL DICICCO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute Oxycodone; and**
**Conspiracy to fraudulently acquire Oxycodone**

in violation of Title **21** United States Code, Section(s) **846**

**ROBERT B. COLLINGS**
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA; January 14, 2004**
Date and Location

BY

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY
ARREST OF ARRESTING OFFICER
DEFENDANT ON 1/15/04