UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                                          **CRIMINAL**
                                                                                              NO. 04-10005 -WGY

**CHERYL DICICCO**

### INITIAL SCHEDULING ORDER

  YOUNG, C.J.  

The above named defendant(s) having been arraigned on  JAN. 15, 2004  before   BOWLWE, USMJ  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  2/12/04   See  L.R116.1(C).

B. The defendant shall provide automatic discovery by   2/12/04  . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  2/26/04 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by    3/11/04  . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on   MON. MARCH 1, 2004   at    2:00    p.m. in Courtroom No.   18   on the  5  floor.

By the Court,

2/17/04                                                                                 /s/ Elizabeth Smith
—————————                                                              —————————
Date                                                                                      Deputy Clerk

(Crinsch1.wp - 11/24/98)