UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10005-WGY</u>

UNITED STATES
**Plaintiff**

v.

CHERYL DICICCO
**Defendant**

SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on March 9, 2004.

Any substantive motions are to be filed by April 20, 2004. <u>See</u> LR 116.3(E) and (H).

Response to any motion is to be filed on or before May 10, 2004. <u>See</u> LR 116.3(I).

A Final Pretrial Conference will be held on May 10, 2004.

A joint memorandum in accordance with LR 116.5(C) is to be filed by May 19, 2004.

A tentative trial date has been set for June 7, 2004.

The time between March 9, 2004, and June 7, 2004 is excluded in the interest of justice.

By the Court,

March 12, 2004

*/s/ Marie Bell*
Deputy Clerk

To: All Counsel