

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Telephone: (617) 748-3355*
*Telecopier: (617) 748-3969*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*


August 2, 2004


Dianalynn Saccoccio
Courtroom Clerk to the Honorable
   Chief Magistrate Judge Marianne B. Bowler
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA   02210

    Re:  <u>U.S. v. Cheryl Dicicco, No. 04-10005 WGY</u>

Dear Ms. Saccoccio:

    As discussed, I write to confirm that, at the request of defense counsel, and with the government's assent, the defendant's arraignment on the superseding indictment in the above matter, originally scheduled for August 2, 2004, has been re-scheduled to August 3, 2004, at 11:15 a.m.

    Thank you for your attention to this matter.

                                Very truly yours,

                                <u>S/ PETER K. LEVITT</u>

                                Peter K. Levitt
                                Assistant U.S. Attorney


cc:   David Fulmer, Esq. (by fax)