```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )    CRIMINAL NO. 04-10005-WGY
        v.                    )
                              )
CHERYL DICICCO                )
                              )
```

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from August 3, 2004 (the date of arraignment on the Superseding Indictment) to and including September 7, 2004 (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request at the arraignment on August 3, 2004.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  S/ PETER K. LEVITT
                         PETER K. LEVITT
                         Assistant U.S. Attorney
```

August 3, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on counsel for the defendant, David Fulmer, Esq., on August 3 2004.

                                    S/ PETER K. LEVITT
                                    PETER K. LEVITT
                                    ASSISTANT UNITED STATES ATTORNEY