

U.S. Department of Justice

United States Attorney
District of Massachusetts

Telephone: (617) 748-3355
Telecopier: (617) 748-3969

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

July 27, 2004

BY HAND

Dianalynn Saccoccio
Courtroom Clerk to the Honorable
   Chief Magistrate Judge Marianne B. Bowler
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA   02210

    Re:  U.S. v. Cheryl Dicicco, No. 04-10005 WGY

Dear Ms. Saccoccio:

    As discussed, I write to confirm that, at the request of defense counsel, and with the government's assent, the defendant's arraignment on the superseding indictment in the above matter, originally scheduled for August 2, 2004, has been re-scheduled to August 3, 2004, at 11:15 a.m.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    Peter K. Levitt
                                    Assistant U.S. Attorney

cc:   David Fulmer, Esq. (by fax)