```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )       CRIMINAL NO. 04-10005-WGY
         v.                 )
                            )
CHERYL DICICCO              )
   Defendant.               )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from September 8, 2004 to and including September 16, 2004 (the date of the status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, has assented to this request.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  S/ PETER K. LEVITT
                                  PETER K. LEVITT
                                  Assistant U.S. Attorney

SEPTEMBER 2, 2004

<u>CERTIFICATE OF SERVICE</u>

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on counsel for the defendant, David Fulmer, Esq., on August 3 2004.

                                      <u>S/ PETER K. LEVITT</u>
                                      PETER K. LEVITT
                                      ASSISTANT UNITED STATES ATTORNEY