UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHERYL DICICCO,<br>  Defendant. | Cr. No.  04-10005-WGY<br><br>VIOLATIONS:<br><br>21 U.S.C. § 841(a)(1)<br>Distribution of Oxycodone<br><br>21 U.S.C. § 846<br>Conspiracy to Fraudulently<br>Acquire Oxycodone |

WAIVER OF SUPERSEDING INDICTMENT
AS TO DEFENDANT CHERYL DICICCO

Defendant, CHERYL DICICCO, after having been advised of the nature of the charge in this proceeding, and of her rights, hereby waives in open court prosecution by superseding indictment and consents that this proceeding may be by information instead of by indictment.

_____
CHERYL DICICCO,
Defendant

_____
DAVID FULMER
Attorney for Defendant

October 5, 2004